# EXHIBIT M

EXECUTONE ("E") TO METROCOM ("M") LIST OF
ANNUAL MAINTENANCE CONTRACTS.

METROCOM RECEIVED PAYMENT FOR ALL ITEMS LISTED HERE AS "M".

EXECUTONE TO METROCOM

Annual Maintenance Contracts:

Adrian Fire Dept.
- 9/10 - 1/12     $ 1,409.00     E
- 1/12 - 1/13     $ 1,409.00     E
- 1/13 - 1/14     $ 1,409.00     M

Adrian Parks
- 1/11 - 1/12     $ 440.00     E
- 1/12 - 1/13     Invoice missing
- 1/13 - 1/14     $ 440.00     M

Adrian Utilities
- 1/12 - 1/13     $ 440.00     E
- 1/13 - 1/14     $ 440.00     M

Adrian Water Dept.
- 1/12 - 2/13     $ 470.00     E
- 1/13 - 1/14     $ 440.00     M

American Eye Institute
- 6/11 - 6/12     $ 757.00     E
- 6/12 - 6/13     $ 757.00     M

- 6/11 - 6/12     $ 940.00     E
- 6/12 - 6/13     $ 940.00     M

Apollo Fire Equipment
- 9/10 - 9/11     $ 1,327.00     E
- 9/11 - 9/12     Invoice missing
- 9/12 - 9/13     $ 1,327.00     M

Autrans Corporation
- 8/11 - 8/12     $ 543.00     E
- 8/12 - 8/13     $ 543.00     M

**Bay Electronics**
    1/12 - 1/13    $ 547.00    E
    1/13 - 1/14    $ 547.00    M

**Bloomfield Dermatology**
    2/12 - 2/13    $ 933.00    E
    2/13 - 2/14    $ 933.00    M

**Carlos Pizza**
    10/11 - 10/12    $ 492.00    E
    10/12 - 10/13    $ 492.00    M

**Carroll Products**
    10/11 - 10/12    $ 904.00    E
    10/12 - 10/13    $ 904.00    M

**Detroit Tube**
    12/11 - 12/12    $ 1,316.00    E
    12/12 - 12/13    $ 1,316.00    M

**East Michigan Eye Center**
    9/10 - 9/11    $ 2,457.00    E
    9/11 - 9/12    Invoice missing
    9/12 - 9/13    $ 2,457.00    M

**Enmark Tool**
    10/11 - 12/11    $ 419.00    E
    1/12 - 3/12    $ 419.00    E
    4/12 - 6/12    $ 419.00    M
    7/12 - 9/12    $ 419.00    M

**Eye Care Associates**
    12/11 - 12/12    $ 582.00    E
    12/12 - 12/13    $ 582.00    M

**Fabricon Products**
    10/11 - 10/12    $ 2,531.00    E
    10/12 - 10/13    $ 2,531.00    M

**Federal Screw Works**
  12/11 - 12/12  $ 916.00  E
  12/12 - 12/13  $ 916.00  M


**Flagg Cleaning Systems**
  10/11 - 10/12  $ 447.00  E
  10/12 - 10/13  $ 447.00  M
[Credit/Reduced Coverage]  <98.00>  M


**Gastrointestinal Endoscopy**
  6/11 - 6/12  $ 2,362.00  E
  6/12 - 6/13  $ 2,362.00  M


**Grosse Pointe Farms (City)**
  10/11 - 10/12  $ 410.00  E
  10/12 - 10/13  $ 410.00  M

  8/11 - 8/12  $ 4,553.00  E
  8/12 - 8/13  $ 4,553.00  M

  11/11 - 11/12  $ 684.00  E
  11/12 - 11/13  $ 684.00  M


**Howard Linden**
  4/12 - 4/13  $ 557.00  E
  4/13 - 4/14  $ 557.00  M


**Huron Valley Tennis**
  8/11 - 8/12  $ 410.00  E
  8/12 - 8/13  $ 410.00  M


**John Gray & Co.**
  1/12 - 1/13  $ 410.00  E
  1/13 - 1/14  $ 410.00  M


**Kerr Pump**
  3/11 - 3/12  $ 3,396.00  E
  3/12 - 3/13  Invoice missing
  3/13 - 3/14  $ 3,396.00  M

**K & D Industrial**
| | | |
|---|---|---|
| 11/11 - 11/12 | $ 1,020.00 | E |
| 11/12 - 11/13 | $ 1,020.00 | M |

**Macomb Medical**
| | | |
|---|---|---|
| 7/11 - 7/12 | $ 858.00 | E |
| 7/12 - 7/13 | $ 858.00 | M |

**May Siimpson & Strote**
| | | |
|---|---|---|
| 7/11 - 7/12 | $ 987.00 | E |
| 7/12 - 7/13 | $ 987.00 | M |

**Modern Hard Chrome**
| | | |
|---|---|---|
| 9/11 - 12/11 | $ 435.00 | E |
| 12/11 - 3/12 | $ 435.00 | E |
| 3/12 - 6/12 | $ 435.00 | E |
| 6/12 - 9/12 | $ 435.00 | M |

**New China Restaurant**
| | | |
|---|---|---|
| 8/11 - 8/12 | $ 476.00 | E |
| 8/12 - 8/13 | $ 476.00 | M |

**Promise Village**
| | | |
|---|---|---|
| 1/12 - 1/13 | $ 609.00 | E |
| 1/13 - 1/14 | $ 609.00 | M |

**Renaissance Head Start**
| | | |
|---|---|---|
| 8/11 - 8/12 | $ 1,060.00 | E |
| 8/12 - 8/13 | $ 1,060.00 | M |
| 11/11 - 11/12 | $ 476.00 | E |
| 11/12 - 11/13 | $ 476.00 | M |

**R.M. Wright Co.**
| | | |
|---|---|---|
| 3/11 - 3/12 | $ 2,103.00 | E |
| 3/12 - 3/13 | $ 2,103.00 | E |
| 3/13 - 3/14 | $ 2,103.00 | M |

Robert Holmes Teamsters
 8/11 - 8/12  $ 410.00  E
 8/12 - 8/13  $ 410.00  M

Royal Oak Church of Christ
 11/11 - 11/12  $ 806.00  E
 11/12 - 11/13  $ 806.00  M

St. Lucy's Church
 9/10 - 9/11  $ 1,655.00  E
 9/11 - 9/12  Invoice Missing
 9/12 - 9/13  $ 1,655.00  M

S & K Manufacturing
 11/11 - 11/12  $ 506.00  E
 11/12 - 11/13  $ 506.00  M

Skelly & Zager
 12/11 - 12/12  $ 480.00  E
 12/12 - 12/13  $ 480.00  M

 11/11 - 11/12  $ 480.00  E
 11/12 - 11/13  $ 480.00  M

St. Mathias Church
 11/11 - 11/12  $ 792.00  E
 11/12 - 11/13  $ 792.00  M

Somers Steel
 4/11 - 4/12  $ 501.00  E
 4/12 - 4/13  $ 501.00  E
 4/13 - 4/14  $ 501.00  M

Specialty Steel Treating
 8/11 - 7/12  $ 3,282.00  E
 8/12 - 7/13  $ 3,282.00  M

Spring Dynamics
| | | |
|---|---|---|
| 1/11 - 1/12 | $ 1,624.00 | E |
| 1/12 - 1/13 | $ 1,624.00 | E |
| 1/13 - 1/14 | $ 1,573.00 | M |

St. Vincent Ferrer
| | | |
|---|---|---|
| 8/11 - 8/12 | $ 424.00 | E |
| 8/12 - 8/13 | $ 424.00 | M |

Starr Vista
| | | |
|---|---|---|
| 4/11 - 4/12 | $ 3,089.00 | E |
| 4/12 - 4/13 | $ 3,089.00 | E |
| 4/13 - 4/14 | $ 3,089.00 | M |

Schwartz Jalkanen & Hannum
| | | |
|---|---|---|
| 12/11 - 12/12 | $ 897.00 | E |
| 12/12 - 12/13 | $ 450.00 | M |
| (credit reduced annual bill) | | |

Snapshot Designs
| | | |
|---|---|---|
| 6/11 - 6/12 | $ 557.00 | E |
| 6/12 - 6/13 | $ 557.00 | M |

Superabrasives
| | | |
|---|---|---|
| 9/10 - 9/11 | $ 1,007.00 | E |
| 9/11 - 9/12 | Invoice missing | |
| 9/12 - 9/13 | $ 1,007.00 | M |

Teamsters #243
| | | |
|---|---|---|
| 9/10 - 9/11 | $ 630.00 | E |
| 9/11 - 9/12 | Invoice missing | |
| 9/12 - 9/13 | $ 630.00 | M |

TOTAL "M" = $55,704.00